# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2015

Robert P. Young, Jr.,
Chief Justice

149536

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DAVID ABBO, COLORADO TOYZ,
INC., and WIRELESS PHONES, LLC,
          Plaintiffs-Appellees,

v

WIRELESS TOYZ FRANCHISE, LLC,
JOE BARBAT, RICHARD SIMTOB,
JSB ENTERPRIZES, INC., and JACK
BARBAT,
          Defendants-Appellants.

SC: 149536
COA: 304185
Oakland CC: 2007-082804-CK

_____/

On order of the Court, the application for leave to appeal the May 13, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Court of Appeals erred by reversing the Oakland Circuit Court order granting the defendants' motion for judgment notwithstanding the verdict.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2015



a0526

Clerk